# United States District Court
### Eastern District of Michigan

United States of America          **ORDER OF DETENTION PENDING TRIAL**
    v.
**Terence Lamar Campbell**

Case Number: 04-80818

Defendant

In accordance with the Bail Reform Act, 18 U.S.C. §3142(f), a detention hearing has been held. I conclude that the following facts require the detention of the defendant pending trial in this case.

### Part I – Findings of Fact

√ **(1) I find that:**
    √ **there is probable cause to believe that the defendant has committed an offense**
    √ **for which a maximum term of imprisonment of ten years or more is prescribed in 21 U.S.C. § 841, 846**
    ❏ **under 18 U.S.C. § 924(c).**

√ **(2) I further find that the defendant has not rebutted the presumption established by finding that no condition or combination of conditions will reasonably assure the appearance of the defendant as required and the safety of the community.**

### Alternative Findings

❏ I find that the government has established by a preponderance of the evidence that there is a serious risk that the defendant will not appear.

❏ I find that the government has established by clear and convincing evidence that there is a serious risk that the defendant will endanger the safety of another person or the community.

### Part II – Written Statement of Reasons for Detention

I find that the credible testimony and information submitted at the hearing established the following factors under 18 U.S.C. § 3142(g):

√ (a) **nature of the offense** –Defendant indicted for drugs and money laundering. Case involves both guns and drugs. Background of Investigation: August 8, 2001 agents executed search warrant issued after observation of off-load of items from a plane at Oakland county (used to transport cocaine per information from California agents). Aircraft met at Pontiac Airport by limo; passenger ID'd as Tony Bennett aka Jackson. Individuals from plane and limo driver loaded large cardboard boxes and suitcases into limousine and surveiled to a residence owned by defendant. Def and Mr. Bennett were both photographed there. The boxes and suitcases were unloaded into residence. Limousine took people to a local lounge and then to another building owned by defendant. Federal search warrant obtained for house, found the cardboard boxes and suitcases containing bricks of cocaine (117 kgs powdered, 6 grams crack ), 5000 tabs ecstacy, 375 gms heroin, and numerous firearms–pistol, 357 magnum, guns similar to AK47, bullet proof vest, money counter, currency, packaging materials.

√ (b) **weight of the evidence**–Def was indicted in 2004 and since then the agents have been looking for him without success. A few days ago, a search warrant of a warehouse was executed by Detroit Police and found inside was 87 bales of marijuana making up 1650 pounds of marijuana and a Dwayne Terry Thomas. THIS PERSON HAS NOW BEEN IDENTIFIED THROUGH FINGERPRINTS AS DEFENDANT TERENCE CAMPBELL. He changed his identity and obtained a new MI license in different name. (In evidence at hearing)

√ (c) **history and characteristics of the defendant** –extensive involvement as owner, manager of drug houses and drug delivery, use of alias with valid fraudulent Michigan State Driver's License as ID.

    √ 1) **physical and mental condition**–Advised pretrial that he was in good mental and physical health.

    √ 2) **employment, financial, family ties**–Self employed as resale ticket agent earning between $1200 and $2500 per month, and has rental properties. Lifetime resident of Detroit, all family members are deceased; def is unmarried without children. Lives with his godmother. Owns several real estate properties and dry cleaners.

    √ 3) **criminal history and record of appearance**–Has prior drug conviction in 1998 or 1988 (discrepancy in PTS report) where he was sentenced to two years probation. Currently has state charge pending for possession of 45 kilos of marijuana and is on a $30,000/10% bond.

√ (d) **probation, parole or bond at time of the alleged offense–Not** applicable

√ (e) **danger to another person or community–Other** than guns found at his house, there is no evidence of history of violence in his criminal record.

### Part III – Directions Regarding Detention

The defendant is committed to the custody of the Attorney General or his designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. The defendant shall be afforded a reasonable opportunity for private consultation with defense counsel. On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility shall deliver the defendant to the United States Marshal for the purpose of an appearance in connection with a court proceeding.

*Date April 6, 2006*

s/Virginia M. Morgan
*Signature of Judge*
Virginia M. Morgan, United States Magistrate Judge
*Name and Title of Judge*